

**RRA**

*Rothstein Rosenfeldt Adler*
A t t o r n e y s   a t   L a w

Maribel Diaz Matiska
Legal Assistant
Direct Dial: 954.315.7252
mdiaz@rra-law.com

April 11, 2008

Ignacio E. Montero
Director
Xpediacopy
2800 Glades Circle, Suite 118
Weston, FL 33327

     Re:    United States of America v. Lauer, et al.
              Case No.:  08-20071-CR-JORDAN

Dear Ignacio:

    We are counsel for Martin Garvey in the above-referenced matter.

    Enclosed is a check in the amount of $2,500.00 which represents the deposit necessary for you to begin processing the discovery.  It is our understanding that we have agreed to pay a total of $8,000.00 on behalf of Mr. Garvey for said discovery.

    Inasmuch as you have advised that this is a lengthy project, it is also our understanding that you have agreed to provide us with the disc's as they are completed.

    Please advise immediately if any of the above is contrary to your understanding of our various telephone conversations.

    Thank you very much for your professionalism and cooperation.

           Sincerely,

           *Maribel Diaz Matiska*

           Maribel Diaz Matiska
           Legal Assistant to Marc S. Nurik, Esq.

:md
Enclosure – As Stated

                                         **Exhibit "D"**

cc:   Marc S. Nurik, Esq.
    H:\SWRDOCS\NURIK CASES\GARVEYMARTIN(08-16761)\CORRESPONDENCE\XPEDIACOPYLTR1

Reply To: Las Olas City Centre • 401 East Las Olas Boulevard • Suite 1650 • Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 • Fax: (954)527-8663

FORT LAUDERDALE • BOCA RATON • TAMPA • TALLAHASSEE • NEW YORK CITY • LOS ANGELES

**www.rra-law.com**

**ROTHSTEIN ROSENFEL    ADLER**
**OPERATING ACCOUNT**
LAS OLAS CITY CENTRE, SUITE 1650
401 E. LAS OLAS BLVD.   954-522-3456
FORT LAUDERDALE, FL  33301

GIBRALTAR PRIVATE BANK & TRUST
450 East Las Olas Blvd, Suite 160
Ft. Lauder    FL 33301

24740

63-8045/2670
05

4/9/2008

PAY TO THE
ORDER OF    Xpediacopy                                                      $  **2,500.00

Two Thousand Five Hundred and 00/100********************************************************  DOLLARS

Xpediacopy

Private Banking

MEMO   08-16761                                                                                MP

⑈024740⑈ ⑆267090455⑆    0050010085⑈

---

**ROTHSTEIN ROSENFELDT ADLER**

Xpediacopy

mdiaz                                4/9/2008

24740

2,500.00

104 - Op Gib    5001    08-16761                                              2,500.00

**ROTHSTEIN ROSENFELDT ADLER**

Xpediacopy

mdiaz                                4/9/2008

24740

2,500.00

104 - Op Gib    5001    08-16761                                              2,500.00

39113



Maribel Diaz Matiska
Legal Assistant
Direct Dial: 954.315.7252
mdiaz@rra-law.com

*Rothstein Rosenfeldt Adler*
A t t o r n e y s   a t   L a w

May 6, 2008

Ignacio E. Montero
Director
Xpediacopy
2800 Glades Circle, Suite 118
Weston, FL 33327

    Re:    United States of America v. Lauer, et al.
           Case No.: 08-20071-CR-JORDAN

Dear Ignacio:

    Enclosed is a check in the amount of $8,063.58 in full payment of your invoice number 18387.

    Thank you.

           Sincerely,

           Maribel Diaz Matiska
           Legal Assistant to Marc S. Nurik, Esq.

:md
Enclosure – As Stated

cc:    Marc S. Nurik, Esq.
H:\SWRDOCS\NURIK CASES\GARVEYMARTIN(08-16761)\CORRESPONDENCE\XPEDIACOPY1.TR2

Reply To: Las Olas City Centre • 401 East Las Olas Boulevard • Suite 1650 • Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 • Fax: (954)527-8663

FORT LAUDERDALE • BOCA RATON • TAMPA • TALLAHASSEE • NEW YORK CITY • LOS ANGELES

**www.rra-law.com**

**ROTHSTEIN ROSENFELDT ADLER**
**OPERATING ACCOUNT**
LAS OLAS CITY CENTRE, SUITE 1650
401 E. LAS OLAS BLVD.   954-522-3456
FORT LAUDERDALE, FL  33301

GIBRALTAR PRIVATE BANK & TRUST
450 East Las Olas Blvd., Suite 180
Ft. Lauderdale, FL 33301

25225

63-9045/2670
05

5/4/2008

PAY TO THE
ORDER OF   Xpediacopy                                                                    $ **8,063.58

Eight Thousand Sixty-Three and 58/100********************************************************************************** DOLLARS

Xpediacopy

Private Banking

MEMO   08-16761 Garvey/United States                                            AP

⑈025225⑈ ⑆267090455⑆  005001008 5⑈

---

**ROTHSTEIN ROSENFELDT ADLER**                                                           25225

Xpediacopy

                          Marc N                              5/4/2008

                                                                                         8,063.58

104 - Op Gib      5001     08-16761 Garvey/United States                                 8,063.58

**ROTHSTEIN ROSENFELDT ADLER**                                                           25225

Xpediacopy

                          Marc N                              5/4/2008

                                                                                         8,063.58

104 - Op Gib      5001     08-16761 Garvey/United States                                 8,063.58

39113

Xpediacopy  Xpediacopy, Inc **2800 Glades Circle,**
**Suite 118**
**Weston, FL  33327**
(954) 384-2112 office
(954) 384-2115 fax

# Invoice

| Date | Invoice # |
|---|---|
| 5/1/2008 | 18387 |

**Bill To**

Rothstein Rosenfelt Adler
401 Las Olas Blvd
Suite 1650
Ft Lauderdale, Fl 33301

**Ship To**

Rothstein Rosenfelt Adler
401 Las Olas Blvd
Suite 1650
Ft Lauderdale, FL 33301
Attn:  Maribel Diaz Matiska

| Customer Phone | Customer Fax |
|---|---|
| 954-315-7252 | |

| Customer P.O. | Terms | Rep | Account # | Ship Date | Ship Via |
|---|---|---|---|---|---|
| US v Lauer | COD | TP | | 5/1/2008 | HAND DELIV... |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 76,172 | Scan to file | Scan to file | 0.10 | 7,617.20T |
| 76,172 | OCR | OCR | 0.02 | 1,523.44T |
| 33 | CD Duplication | CD Duplication  part of the discovery | 25.00 | 825.00T |
| | | total scans  304685  /  plus OCR cost  divided by 4 Attorney's | | |
| | | CD's  with images will be invoiced with FINAL INVOICE | | |

**Xpediacopy is a proud Sponsor of Operation
Smile as well as St. Jude's Hospital.
THANK YOU FOR USING XPEDIACOPY!!
Tax Id# 04-3620271**

| | |
|---|---|
| Subtotal | $9,965.64 |
| Sales Tax  (6.0%) | $597.94 |
| Total | $10,563.58 |
| Payments/Credits | $-2,500.00 |
| Balance Due | $8,063.58 |

Received
By:_____          Date:_____

DEL By:_____

We are HIPPA Compliant!!
Ask us about our Business Associate Agreements.
Visit us at: www.xpediacopy.com



Maribel Diaz Matiska
Legal Assistant
Direct Dial: 954.315.7252
mdiaz@rra-law.com

Rothstein Rosenfeldt Adler
A t t o r n e y s  a t  L a w

June 2, 2008

Ignacio E. Montero
Director
Xpediacopy
2800 Glades Circle, Suite 118
Weston, FL 33327

    Re:    United States of America v. Lauer, et al.
            Case No.: 08-20071-CR-JORDAN

Dear Ignacio:

    Enclosed is a check in the amount of $3,913.83 in full payment of your invoice number 18412. It is our understanding that this invoice was the final bill.

    Thank you.

                Sincerely,

                Maribel Diaz Matiska
                Legal Assistant to Marc S. Nurik, Esq.

:md
Enclosure – As Stated

cc:   Marc S. Nurik, Esq.
H:\SWRDOCS\NURIK CASES\GARVEYMARTIN(08-16761)\CORRESPONDENCE\XPEDIACOPYLTR3

Reply To: Las Olas City Centre • 401 East Las Olas Boulevard • Suite 1650 • Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 • Fax: (954)527-8663

FORT LAUDERDALE • BOCA RATON • TAMPA • TALLAHASSEE • NEW YORK CITY • LOS ANGELES

www.rra-law.com

**ROTHSTEIN ROSENFELDT ADLER**
**OPERATING ACCOUNT**
LAS OLAS CITY CENTRE, SUITE 1650
401 E. LAS OLAS BLVD.   954-522-3456
FORT LAUDERDALE, FL  33301

GIBRALTAR PRIVATE BANK & TRUST
460 East Las Olas Blvd., Suite 180
Ft. Lauderdale, FL 33301

25468

63-9045/2670
05

5/23/2008

PAY TO THE
ORDER OF     Xpediacopy                                                    $  **3,913.83

Three Thousand Nine Hundred Thirteen and 83/100************************************************************* DOLLARS

Xpediacopy

Private Banking

MEMO    08-16761

⑆025468⑆ ⑈267090455⑈ 00500 10085⑆

---

ROTHSTEIN ROSENFELDT ADLER

Xpediacopy                                                              25468

                              mdiaz                          5/23/2008

                                                                       3,913.83

104 - Op Gib    5001    08-16761                                       3,913.83

ROTHSTEIN ROSENFELDT ADLER                                            25468

Xpediacopy

                              mdiaz                          5/23/2008

                                                                       3,913.83

104 - Op Gib    5001    08-16761                                       3,913.83

39113

**Xpediacopy, Inc** **2800 Glades Circle, Suite 118 Weston, FL 33327**
(954) 384-2112 office
(954) 384-2115 fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/19/2008 | 18412 |

| Bill To | Ship To |
|---------|---------|
| Rothstein Rosenfelt Adler<br>401 Las Olas Blvd<br>Suite 1650<br>Ft Lauderdale, Fl 33301 | Rothstein Rosenfelt Adler<br>401 Las Olas Blvd<br>Suite 1650<br>Ft Lauderdale, FL 33301 |

| Customer Phone | Customer Fax |
|----------------|--------------|
| 954-315-7252 | |

| Customer P.O. | Terms | Rep | Account # | Ship Date | Ship Via |
|---------------|-------|-----|-----------|-----------|----------|
| US v Lauer | COD | TP | | 5/19/2008 | HAND DELIV... |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 25,038 | Scan to file | Scan to file | 0.10 | 2,503.80T |
| 25,038 | OCR | OCR | 0.02 | 500.76T |
| .21 | CD Burn | Burn files to CD | 25.00 | 525.00T |
| 5 | CD Duplication | CD Duplication | 25.00 | 125.00T |
| 1 | Delivery | Delivery | 40.00 | 40.00 |
| | | Total Scans  404,840  images / Plus OCR cost Divided by 4 Attorney's | | |
| | | FINAL BILL.....   Difference from Invoice  18387 | | |

Xpediacopy is a proud Sponsor of Operation
Smile as well as St. Jude's Hospital
THANK YOU FOR USING XPEDIACOPY!!
Tax Id# 04-3620271

| | |
|---|---|
| Subtotal | $3,694.56 |
| Sales Tax (6.0%) | $219.27 |
| Total | $3,913.83 |
| Payments/Credits | $0.00 |
| Balance Due | $3,913.83 |

Received
By:_____  Date:_____

DEL By:_____

We are HIPPA Compliant!!
Ask us about our Business Associate Agreements.
Visit us at: www.xpediacopy.com